

# Fourth Court of Appeals
## San Antonio, Texas

December 22, 2020

No. 04-20-00546-CV

Richard Louis **FLEMING,** III,
Appellant

v.

**NASA FEDERAL CREDIT UNION,**
Appellee

From the County Court, Guadalupe County, Texas
Trial Court No. 2020-CV-0167
Honorable Bill Squires, Judge Presiding

# O R D E R

On December 17, 2020, appellant filed a *pro se* letter requesting this court to:

"1. grant suitor leave of the court to enter into the exclusive original jurisdiction of equity

2. seal the cause on the register in chancery

3. comment suit and proceed under seal, ex parte

4. assign judge under authority of article III, §2, subd. 1 of this constitution for the United States of America

5. schedule evidentiary hearing with judge in private chambers to enter private, proprietary evidence in support of the suit

6. that the honorable court grant an immediate review determination

7. issue process in the form of this court's subpoena"

The requests are **DENIED**.

Appellant attached to his *pro se* letter the following motions:

"the suit to be specially deposited on the record are included herewith as follows:

I) motion for leave of the court to enter into the original exclusive jurisdiction of this court and petition to seal, ex parte

2) notice of conflict and variance, original bill,

4) affidavit in support of bill,

5) table of authorities"

The motions are **DENIED**.

Sandee Bryan Marion, Chief Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 22nd day of December, 2020.

MICHAEL A. CRUZ, Clerk of Court